## HICKOK v. COWART et vir.

No. 26066.    March 17, 1936.

Rehearing Denied June 30, 1936.

Martin & Spradling, for plaintiff in error.

Biddison, Campbell & Biddison and Spielman, Cantrell & McCloud, for defendants in error.

PHELPS, J. The same facts, the same judgment of the trial court, and the same principles and syllabus control this case as are stated in the consolidated case of Hickok v. Kennedy et vir., decided this date, 177 Okla. 334, 58 P. (2d) 1236, which see. On the authority of that decision the judgment of the trial court is affirmed.

McNEILL, C. J., OSBORN, V. O. J., and BUSBY, CORN, and GIBSON, JJ.. concur.